UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES STANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | NO. CV420-008 |
| GENESEE & WYOMING RAILROAD ) | |
| SERVICES, INC., and SAVANNAH ) | |
| PORT TERMINAL RAILROAD, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1 of this Court, the undersigned counsel of record for Defendants Genesee & Wyoming Railroad Services, Inc. and Savannah Port Terminal Railroad, Inc. certify that the following is a full and complete list of the parties to this action:

1. James Stanley, Plaintiff;

2. Genesee & Wyoming Railroad Services, Inc., Defendant; and

3. Savannah Port Terminal Railroad, Inc., Defendant.

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above identified parties:

As to Defendant Genesee & Wyoming Railroad Services, Inc., its officers and directors are:

1. Sarah A. Greene, CEO;

2. Alfred Q. Ricotta, Secretary;

3. Mark Blyth, CFO;

4. Catherine Pushchak, Assistant Secretary

5. Ann P. Servatins

6. Tony Long

7. Andrew T. Chunko

8. Scott Linn;

9. Jerry Vest;

10. Mark Blyth, Director;

11. Sarah A. Greene, Director; and

12. Alfred Q. Ricotta, Director.

As to Defendant Savannah Port Terminal Railroad, Inc., its officers and directors are:

1. Andrew P. Chunko, CEO;

2. Alfred Q. Ricotta, Secretary;

3. Mark Blyth, CFO;

4. Catherine Pushchak, Assistant Secretary;

5. Michael Holben, Assistant Treasurer;

6. Mark Blyth;

7. Sarah A. Greene;

8. Ann P. Servatins;

9. Tony Long;

10. Jerry Vest;

11. Mark Blyth, Director;

12. Sarah A. Greene, Director; and

13. Alfred Q. Ricotta, Director.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

1. Defendants Genesee & Wyoming Railroad Services, Inc. and Savannah Port Terminal Railroad, Inc. are wholly owned subsidiaries of Genesee & Wyoming, Inc.

This 19th day of February, 2020.

/s/ Walker S. Stewart
WALKER S. STEWART
Georgia Bar No. 221715
Attorney for Defendants Genesee & Wyoming
Railroad Services, Inc. and Savannah Port Terminal
Railroad, Inc.

OF COUNSEL:
Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31208-5088
Telephone:  (478) 745-1625
Facsimile:   (478) 741-8822
walkerstewart@hbgm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the ***Defendants' Disclosure Statement Pursuant to Local Rule 7.1.1.*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>James E. Shipley, Jr.
>John B. Manly
>Manly Shipley, LLP
>P. O. Box 10840
>Savannah, GA 31412
>*Attorneys for Plaintiff*

>/s/ Walker S. Stewart
>Walker S. Stewart
>Ga. Bar Number: 221715
>Attorney for Defendants

HALL, BLOCH, GARLAND & MEYER, LLP
577 Mulberry Street, Suite 1500
Post Office Box 5088
Macon, GA 31208-5088
Telephone: (478) 745-1625
Email: walkerstewart@hbgm.com