IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES STANLEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH PORT TERMINAL )<br>RAILROAD, INC., )<br>)<br>    Defendant. )<br>_____) | CASE NO. CV420-008 |

### O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DIMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA